JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELVIN TRUJILLO HERNANDEZ, | No. ED CV 26-2452-E |
| Petitioner, | |
| v. | JUDGMENT |
| CHRISTOPHER CHESTNUT, ETC., ET AL., | |
| Respondents. | |

Pursuant to the "Order for Entry of Judgment," the Petition is denied with prejudice.

DATED:  June 10, 2026

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE